TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00808-CR






Santos L. Contreras, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT


NO. 2001-208, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Erick A. Bovik, is ordered to tender a brief in this cause no later than August 18, 2003. 
No further extension of time will be granted.

It is ordered July 25, 2003.


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish